DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

4 OCTOBER 2012

| | | | |
|---|---|---|---|
| 380P12 | State v. Dewayne Avent | 1. Def's Motion for Temporary Stay (COA11-1506) | 1. Denied **09/12/12** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. |
| 382P10-3 | State v. John Lewis Wray, Jr. | Def's *Pro Se* Motion to Appeal (COAP12-566) | Dismissed **09/12/12** |
| 391P12 | Lacy Lee Williams, Jr. v. North Carolina Department of Public Safety, et al. | Plt's *Pro Se* Motion for Appeal (COAP12-480) | Denied |
| 392P12 | State v. Quadius Nathaniel Gaines | 1. Def's *Pro Se* PWC to Review Decision of COA (COA12-31) | 1. Denied |
| | | 2. Def's *Pro Se* Motion to Proceed In Forma Pauperis | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 396P12 | State v. Jason Alan Laws | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 399P10 | State v. John Graylon Welch | 1. Def's Pro Se PDR Under N.C.G.S. § 7A-31 (COA09-1512) | 1. Dismissed 11/04/10 |
| | | 2. Def's NOA Based Upon A Constitutional Question | 2. - - - |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. State's Motion to Dismiss Appeal and Deny PDR | 4. Allowed · |
| 402P08-2 | State v. James David Sizemore | Def's PDR Under N.C.G.S. § 7A-31 (COA07-1489-2) | Denied |